IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-11-00302-CR

 

Freebird Bail Bonds,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the County Court

Freestone County, Texas

Trial Court No. 5073

 



MEMORANDUM  Opinion



 

Davie C. Westmoreland as agent for Allegeheny
Casualty Co. d/b/a Freebird Bail Bonds
has filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1(a)(1).  Westmoreland states that the
appeal is moot because he paid the judgment at issue in full.  Dismissal of
this appeal would not prevent a party from seeking relief to which it would
otherwise be entitled.  The motion is granted, and the appeal is dismissed.

 

 

AL
SCOGGINS 

Justice

 

 

 

 

Before Chief
Justice Gray,

            Justice
Davis, and 

Justice
Scoggins

Motion granted;
appeal dismissed

Opinion delivered
and filed August 24, 2011

Do not publish

[CR 25]